UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EXCELLUS HEALTH PLAN, INC. d/b/a
EXCELLUS BLUECROSS BLUESHIELD,

Plaintiff,

-against-

BLACKFLY INVESTMENTS, LLC d/b/a
MOLECULAR TESTING LABS,

Defendant.

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No. 6:24-cv-06263-FPG

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-entitled action in its entirety, with prejudice, and that each party shall bear their own costs and attorneys' fees.

Stephen A. Sharkey, Esq.
Bond, Schoeneck & King, PLLC
200 Delaware Avenue, Suite 900
Buffalo, New York 14202-2107
Tele: (716) 416-7000
ssharkey@bsk.com

*Attorneys for Plaintiff*

Dated: March 16, 2026

Kamran F. Hashmi, Esq.
Hashmi Law Firm
2280 East Avenue, Second Floor
Rochester, New York 14610
Tele: (585) 802-1253
kamran@rocattorney.com

*Attorney for Defendant*

Dated: March 23, 2026

**SO ORDERED:**

Hon. Frank P. Geraci, Jr.

22953848.v1